AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, et al

Plaintiffs,

V.

T.E.N. Mechanical Corp., et al

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-02258-RLH-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is hereby entered against the Defendant T.E.N. Mechanical Corp. in the amount of $285,559.00 plus attorney's fees and costs in the amount of $33.173.50 for a total judgment of $318,732.50.

March 27, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk