Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Clark V. Vellis, Esq.
Nevada Bar No. 5533
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone   (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: cvellis@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>v.<br><br>T.E.N. MECHANICAL CORP., a Nevada corporation; NICHOLAS R. WOJTASZEK, an individual; and M & H ENTERPRISES, INC., a Nevada corporation doing business as MARTIN-HARRIS CONSTRUCTION,<br><br>Defendants. | Case No. 2:10-cv-02258-RLH-NJK<br><br>**NOTICE OF SETTLEMENT, AND REQUEST AND ORDER FOR STAY OF PROCEEDINGS** |

Plaintiffs, Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan, and

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

1  Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training
2  Trust for Southern Nevada (collectively "Trust Funds") and Defendant M&H Enterprises, Inc. a
3  Nevada corporation doing business as Martin-Harris Construction ("Martin-Harris"), and
4  Defendant Nicholas R. Wojtaszek ("Wojtaszek") by and through the undersigned counsel, hereby
5  give notice that they have reached a settlement in principle, and request that the Court stay all
6  proceedings for 45 days (including the deadline for filing dispositive motions currently set for
7  July 1, 2013, and the deadline for filing the pretrial order currently set for July 31, 2013), while
8  the parties take steps to finalize settlement.
9  ///
13 ///
17 ///
20 ///
24 ///
27 ///

Within 45 days, and on full and final settlement between the Trust Funds, Martin-Harris and Wojtaszek, they (through their counsel) will file a stipulated dismissal.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | MARQUIS AURBACH COFFING |
|---|---|
| /s/ Bryce C. Loveland | /s/ Frank M. Flansburg |
| Adam P. Segal, Esq.<br>Bryce C. Loveland, Esq.<br>Clark V. Vellis, Esq.<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Attorneys for Plaintiffs | Frank M. Flansburg III, Esq.<br>Keith D. Williams, Esq.<br>10004 Park Run Drive<br>Las Vegas, Nevada 89145<br><br>Attorneys for M&H Enterprises, Inc.<br>d/b/a Martin-Harris Construction |
| Dated: July 1, 2013. | Dated: July 1, 2013. |

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

/s/ Steven D. Atkinson

Steven D. Atkinson, Esq.
12800 Center Court Drive, Suite 300
Cerritos, California 90703

Attorneys for Defendant Nicholas R. Wojtaszek

Dated: July 1, 2013.

**ORDER**

**IT IS SO ORDERED.**

~~UNITED STATES DISTRICT JUDGE~~ /
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** July 2, 2013